UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   EVELYN JOHNSON )
                                        ) CASE NO. 16-32925-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

     Now comes ALABAMA RIVER CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

     1. This creditor has filed Court Claim #4 in the amount of $161.35 which is secured by one 2005 Chevrolet Impala, Court Claim #5 in the amount of $2,938.08 which is secure by one 2005 Ford Mustang as well as Court Claim #6 in he amount of $1,510.90 and Court Claim #7 in the amount of $429.73 both of which are secured by the equity in both vehicles.

     2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to make secured provisions for Court Claim #6 and Court Claim #7 although there is more than enough equity in the collateral to fully secure both claims.

     WHEREFORE, ALABAMA RIVER CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                                        ALABAMA RIVER CREDIT UNION

                                                        By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this December 8, 2016.

SABRINA L. MCKINNEY  
Chapter 13 Trustee  
PO BOX 173  
MONTGOMERY AL 36101  

JOSHUA C. MILAM  
566 S. PERRY STREET  
MONTGOMERY AL 36104  

EVELYN JOHNSON  
78 BRAY DRIVE  
MONROEVILLE AL 36460  

         /s/ Leonard N. Math